**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Christopher J. Kondon (SBN 172339)
christopher.kondon@klgates.com
Saman M. Rejali (SBN 274517)
saman.rejali@klgates.com
Vannie Karapetian (SBN 324274)
vannie.karapetian@klgates.com

Attorneys LABORATORY CORPORATION OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DINA RODRIGUEZ, an individual,

Plaintiff,

vs.

LABORATORY CORPORATION OF AMERICA, a Delaware corporation and DOES 1 through 20 inclusive,

Defendants.

Case No.: 2:21-cv-00399-MWF-JC

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE SUBMITTED IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Assigned to the Hon. Michael Fitzgerald, Courtroom 5A

**DATE: JULY 11, 2022**
**TIME: 10:00 A.M.**

Defendant Laboratory Corporation of America ("Defendant" or "Labcorp") hereby submits the following objections to Plaintiff's evidence offered in support of her Opposition to Labcorp's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment.

**OBJECTION TO EVIDENCE NO. 1**

Deposition of Sandra Juarez at 43:22-25, 44:1-4.

**22 Q. Okay. But when Stephanie did return a few**
**23 minutes later, you saw her go in the processing room**
**24 where one would clock out; true?**
25 A. Yes.
**1 Q. Okay. And you heard at least one person say**
**2 that they saw her come back to clock out?**
3 A. Yes.
**4 Q. Okay.**

**Grounds for objection:**

Defendant objects that the testimony above is speculative and lacks personal knowledge. Fed. R. Evid. 602; *See United States v. Real Prop. Located at 475 Martin Lane, Beverly Hills California*, 298 F. App'x 545, 549–50 (9th Cir. 2008) (district court did not err by excluding deposition testimony on summary judgment which was based on statements provided by others and did not involve personal knowledge) (citing *In re Sunset Bay Assocs.,* 944 F.2d 1503, 1509–10 (9th Cir. 1991) (holding that depositions may be admissible as affidavits if the deponent was sworn and the testimony was made on personal knowledge and set forth facts that were admissible in evidence")) (internal citations omitted).

Defendant further objects that the testimony constitutes inadmissible hearsay.

For the foregoing reasons Labcorp seeks to strike the cited portions of Juarez's testimony to the extent Plaintiff relies on the cited portions to dispute Labcorp's

Statement of Undisputed Facts, or to present additional facts.

**Court's Ruling on Objection 1: Sustained: ___________ Overruled: ___________**

## OBJECTION TO EVIDENCE NO. 2

Recorded statement of Wyeisha Ray. (*See* Declaration of Yesenia Rodriguez, ¶11, Ex. 8.).

**Grounds for objection:**

Plaintiff's reliance on a recorded statement from Wyeisha Ray cannot be considered for purposes of summary judgment, as this statement was not produced during discovery. Fed. R. Civ. P 37(c)(1) (When a party fails to disclose information during discovery, "the party is not allowed to use that information . . . to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless."); *see also Firstsource Sols. USA, LLC v. Tulare Reg'l Med. Ctr.*, 2018 WL 2949853, at *5 (E.D. Cal. June 13, 2018). Labcorp requested witness statements during discovery, and Plaintiff chose to withhold this statement. (*See* Declaration of Vanuhi Karapetian ISO Reply, ¶ 2, Exh. A at Requests 50-54).

Defendant objects to Ray's statement because it is not executed or made pursuant to an oath or affirmation to testify truthfully and therefore does not comply with the requirements of Fed. R. Evid. 603. It therefore cannot be relied upon to establish the truth of the facts set forth therein.

For the foregoing reasons Labcorp seeks to strike Ray's statement to the extent Plaintiff relies on the cited portions to present additional facts.

**Court's Ruling on Objection 2: Sustained: ___________ Overruled: ___________**

K&L GATES LLP

Dated: June 27, 2022

By: */s/ Vanuhi Karapetian*
Christopher J. Kondon
Saman Rejali
Vanuhi Karapetian
Attorneys for Defendant LABORATORY CORPORATION OF AMERICA