**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Christopher J. Kondon (SBN 172339)
christopher.kondon@klgates.com
Saman M. Rejali (SBN 274517)
saman.rejali@klgates.com
Vannie Karapetian (SBN 324274)
vannie.karapetian@klgates.com

Attorneys LABORATORY CORPORATION OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DINA RODRIGUEZ, an individual,

Plaintiff,

vs.

LABORATORY CORPORATION OF AMERICA, a Delaware corporation and DOES 1 through 20 inclusive,

Defendants.

Case No.: 2:21-cv-00399-MWF-JC

**DECLARATION OF VANUHI KARAPETIAN**

Assigned to the Hon. Michael Fitzgerald, Courtroom 5A

Date: November 28, 2022
Time: 10:00 a.m.

# DECLARATION OF VANUHI KARAPETIAN

I, Vanuhi Karapetian, declare as follows:

1. I am an attorney duly authorized to practice law before the courts of the State of California and this Court. I am an associate at the law firm of K&L Gates LLP ("K&L Gates" or the "Firm"), attorneys for Defendant Laboratory Corporation of America ("Defendant" or "Labcorp") in the above-captioned matter. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called upon to do so. I am familiar with the discovery, pleadings, and other documents in this case, all of which are maintained in the Firm's files and systems in the ordinary course of business. I submit this declaration in support of Labcorp's Opposition to Plaintiff's Motion to Reopen Discovery (Dkt. 51).

2. On August 26, 2022, Plaintiff's counsel emailed counsel for Defendant to identify seven additional witnesses who would be "testifying regarding Plaintiff's damages," presumably at trial. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's email and Defendant's response.

3. On September 27, 2022, Plaintiff's counsel notified counsel for Defendant of Plaintiff's intention to file the instant motion to reopen discovery. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's email and Defendant's response.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 7, 2022 in Los Angeles California.

*/s/ Vanuhi Karapetian*
Vanuhi Karapetian

# EXHIBIT 1

## Karapetian, Vannie

**From:** Karapetian, Vannie
**Sent:** Thursday, September 1, 2022 5:11 PM
**To:** 'Yesenia Rodriguez'
**Cc:** Rejali, Saman; Kondon, Christopher J.
**Subject:** RE: Dina Rodriguez v. Laboratory Corporation of America-damages witnesses

Hi Yesenia,

The individuals named below were not identified in Plaintiff's Initial Disclosures, nor were they identified in Plaintiff's discovery responses. The discovery cut-off has already passed, and we cannot take discovery without obtaining leave of court. These individuals cannot testify at trial because they were not identified during the discovery period.

If there is some basis upon which they can testify that we have overlooked, please let us know.

Best,
**Vannie Karapetian**
Associate
K&L Gates LLP | (310) 552-5036

---

**From:** Yesenia Rodriguez <ylr@pimentellaw.com>
**Sent:** Wednesday, August 31, 2022 9:35 AM
**To:** Karapetian, Vannie <Vannie.Karapetian@klgates.com>
**Cc:** Rejali, Saman <saman.rejali@klgates.com>; Kondon, Christopher J. <Christopher.Kondon@klgates.com>
**Subject:** RE: Dina Rodriguez v. Laboratory Corporation of America-damages witnesses

**External Sender:**

Hi Vannie,

I am following up regarding the email below. Please let me know. Thanks.

Regards,

**Yesenia L. Rodriguez, Esq.** | **Pimentel Law, P.C.**
30 N. Raymond Ave. Ste. 211 Pasadena, CA 91103
T (626) 765-9800 | F (626) 628-3081 | pimentellaw.com

---

**From:** Yesenia Rodriguez
**Sent:** Friday, August 26, 2022 2:44 PM
**To:** 'vannie.karapetian@klgates.com' <vannie.karapetian@klgates.com>
**Cc:** 'saman.rejali@klgates.com' <saman.rejali@klgates.com>; Kondon, Christopher J. <Christopher.Kondon@klgates.com>
**Subject:** Dina Rodriguez v. Laboratory Corporation of America-damages witnesses

Hi Vannie,

The following persons will be testifying regarding Plaintiff's damages: Cynthia Rivera; Carmen Morales; Elena Sotelo; Alex Andres; Jaime Hernandez; Gissela Gutierrez; and Vincent Vasquez.

Please let me know if you want to depose any of them. Thanks.

Regards,

**Yesenia L. Rodriguez, Esq.** | **Pimentel Law, P.C.**
30 N. Raymond Ave. Ste. 211 Pasadena, CA 91103
T (626) 765-9800 | F (626) 628-3081 | pimentellaw.com

# EXHIBIT 2

**Karapetian, Vannie**

| | |
|---|---|
| **From:** | Karapetian, Vannie |
| **Sent:** | Thursday, October 6, 2022 10:22 AM |
| **To:** | 'Yesenia Rodriguez'; Rejali, Saman |
| **Cc:** | Kondon, Christopher J. |
| **Subject:** | RE: Dina Rodriguez v. Laboratory Corporation of America 37-1 conference |

Hi Yesenia,

We are available at 4 pm today. Please use the conference line below for the call.

+1-800-270-2297 / Attendee access code 15122588

Best,
**Vannie Karapetian**
Associate
K&L Gates LLP | (310) 552-5036

---

**From:** Yesenia Rodriguez <ylr@pimentellaw.com>
**Sent:** Wednesday, October 5, 2022 6:02 PM
**To:** Rejali, Saman <saman.rejali@klgates.com>; Karapetian, Vannie <Vannie.Karapetian@klgates.com>
**Cc:** Kondon, Christopher J. <Christopher.Kondon@klgates.com>
**Subject:** RE: Dina Rodriguez v. Laboratory Corporation of America 37-1 conference

**External Sender:**

Hi Saman,

I am following up on the email below. Can you let me know what time to call tomorrow? Thanks.

Regards,

**Yesenia L. Rodriguez, Esq.** | **Pimentel Law, P.C.**
30 N. Raymond Ave. Ste. 211 Pasadena, CA 91103
T (626) 765-9800 | F (626) 628-3081 | pimentellaw.com

---

**From:** Yesenia Rodriguez
**Sent:** Tuesday, October 4, 2022 6:35 PM
**To:** 'Rejali, Saman' <saman.rejali@klgates.com>; Karapetian, Vannie <Vannie.Karapetian@klgates.com>
**Cc:** Kondon, Christopher J. <Christopher.Kondon@klgates.com>
**Subject:** RE: Dina Rodriguez v. Laboratory Corporation of America

I am pretty open on Thursday except for 2PM. Let me know what time works for you. Thanks.

Regards,

**Yesenia L. Rodriguez, Esq.** | **Pimentel Law, P.C.**
30 N. Raymond Ave. Ste. 211 Pasadena, CA 91103

T (626) 765-9800 | F (626) 628-3081 | pimentellaw.com

**From:** Rejali, Saman <saman.rejali@klgates.com>
**Sent:** Tuesday, October 4, 2022 4:00 PM
**To:** Yesenia Rodriguez <ylr@pimentellaw.com>; Karapetian, Vannie <Vannie.Karapetian@klgates.com>
**Cc:** Kondon, Christopher J. <Christopher.Kondon@klgates.com>
**Subject:** RE: Dina Rodriguez v. Laboratory Corporation of America

Hi Yesenia,

Apologies for the delay in getting back to you. I have been out of the office. What is your availability for a conference on Thursday?

Best,

Saman

**Saman Rejali** | K&L Gates LLP
Phone: 310.552.5534 | Fax: 310.552.5001

**From:** Yesenia Rodriguez <ylr@pimentellaw.com>
**Sent:** Tuesday, October 04, 2022 11:49 AM
**To:** Karapetian, Vannie <Vannie.Karapetian@klgates.com>; Rejali, Saman <saman.rejali@klgates.com>
**Cc:** Kondon, Christopher J. <Christopher.Kondon@klgates.com>
**Subject:** RE: Dina Rodriguez v. Laboratory Corporation of America

Hi Vannie,

I am following up on the email below. Plainiff intends to file the motion by the end of the week if we receive no response. Thanks.

Regards,

**Yesenia L. Rodriguez, Esq.** | **Pimentel Law, P.C.**
30 N. Raymond Ave. Ste. 211 Pasadena, CA 91103
T (626) 765-9800 | F (626) 628-3081 | pimentellaw.com

**From:** Yesenia Rodriguez
**Sent:** Tuesday, September 27, 2022 2:53 PM
**To:** 'vannie.karapetian@klgates.com' <vannie.karapetian@klgates.com>; 'saman.rejali@klgates.com' <saman.rejali@klgates.com>
**Cc:** 'christopher.kondon@klgates.com' <christopher.kondon@klgates.com>
**Subject:** Dina Rodriguez v. Laboratory Corporation of America

Hi Vannie,

Plaintiff intends to file a motion to reopen discovery for the limited purpose of allowing the parties to depose damages witnesses. Unless you are willing to stipulate to reopening discovery for that purpose, please give me your availability to schedule a 37-1 conference this week. Thanks.

Regards,

**Yesenia L. Rodriguez, Esq.** | **Pimentel Law, P.C.**
30 N. Raymond Ave. Ste. 211 Pasadena, CA 91103
T (626) 765-9800 | F (626) 628-3081 | pimentellaw.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Saman.Rejali@klgates.com.