**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California  90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Christopher J. Kondon (SBN 172339)
    christopher.kondon@klgates.com
Saman M. Rejali (SBN 274517)
    saman.rejali@klgates.com
Vannie Karapetian (SBN 324274)
    vannie.karapetian@klgates.com

Attorneys LABORATORY
CORPORATION OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA RODRIGUEZ, an individual, | Case No.: 2:21-cv-00399-MWF-JC |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| vs. | |
| LABORATORY CORPORATION OF AMERICA, a Delaware corporation and DOES 1 through 20 inclusive, | Assigned to the Hon. Michael Fitzgerald, Courtroom 5A |
| Defendants. | |

1

**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION**

RECYCLED PAPER

Defendant Laboratory Corporation of America ("Defendant") and Plaintiff Dina Rodriguez ("Plaintiff") (collectively the "Parties"), by and through their respective counsel of record, herby submit this Joint Notice of Settlement of Entire Action.

1.    On December 22, 2022, the Parties participated in a private mediation with Barry Appell, Esq. Although the matter was not resolved that day, continued negotiating efforts resulted in the acceptance of a mediator's proposal on January 4, 2023.

2.    The Parties are currently preparing a written settlement agreement. Upon execution, and fulfillment of the terms of the agreement, Plaintiff will file a request for dismissal with prejudice. Plaintiff anticipates a request for dismissal will be filed by March 24, 2023.

3.    The Parties request that the Court vacate all pretrial and trial dates and deadlines, including: January 17, 2023 deadline to file memorandum of contentions of fact and law and other documents; January 23, 2023 deadline to lodge pretrial conference order and other documents; February 6, 2023 Final Pretrial Conference; February 28, 2023 trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**RECYCLED PAPER**

**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION**

**IT IS SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4, I, Vanuhi Karapetian, hereby attest that all other signatories to this Stipulation, and on whose behalf it is submitted, concur in its content and have authorized its filing.


K&L GATES LLP


Dated:  January 10, 2023        By:   */s/ Vanuhi Karapetian*
                                     Christopher J. Kondon
                                     Saman Rejali
                                     Vanuhi Karapetian

                                     **Attorneys for Defendant LABORATORY
                                     CORPORATION OF AMERICA**


PIMENTEL LAW, P.C.


Dated:  January 10, 2023        By:   */s/ Yesenia L. Rodriguez*
                                     Gabriel J. Pimentel
                                     Yesenia L. Rodriguez

                                     **Attorneys for Plaintiff DINA
                                     RODRIGUEZ**

**RECYCLED PAPER**