**PIMENTEL LAW, P.C.**
Gabriel J. Pimentel, Esq. (SBN 265328)
GJP@PimentelLaw.com
Yesenia L. Rodriguez, Esq. (SBN 331499)
YLR@PimentelLaw.com
30 N. Raymond Avenue, Suite 211
Pasadena, CA 91103
Telephone:  (626) 765-9800
Fax:  (626) 628-3081

Attorneys for Plaintiff,
DINA RODRIGUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA RODRIGUEZ, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware corporation and DOES 1 through 20 inclusive<br><br>　　　　　　　　　Defendants. | Case No. 2:21-CV-00399 MWF (JCx)<br><br>Assigned to Hon. Michael W. Fitzgerald, Courtroom 5A<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT FRCP 41(a)(1)(A)(ii)** |

Pursuant to the parties' settlement agreement, Plaintiff Dina Rodriguez ("Plaintiff") and Defendant Laboratory Corporation of America ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), herby stipulate to dismissal of the above action with prejudice.  The parties agree to allocate costs and attorney's fees as set forth in the Settlement Agreement.

Because this stipulation is signed by all parties who have appeared, this action is not a class action under Fed. R. Civ. P. 23, nor a derivative action under Fed. R. Civ. P. 23.1, an action relating to an unincorporated association under Fed. R. Civ. P. 23.2, or an action involving a receiver under Fed. R. Civ. P. 66, no Court order is necessary to effectuate dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: … (ii) a stipulation of dismissal signed by all parties who have appeared.").

**FILER'S ATTESTATION**

Pursuant to Central District Local Rule 5-4.3.4, the undersigned attests that the parties have concurred in the filing of this Stipulation of Voluntary Dismissal.

**PIMENTEL LAW, P.C.**

Dated: May 25, 2023          By:   /s/ *Yesenia L. Rodriguez*
                                   Gabriel J. Pimentel, Esq.
                                   Yesenia L. Rodriguez, Esq.
                                   Attorneys for Plaintiff

| | |
|---|---|
| | **K&L GATES LLP** |
| Dated: May 25, 2023 | By: _/s/ Vanuhi Karapetian_<br>Christopher J. Kondon<br>Saman Rejali<br>Vanuhi Karapetian |
| | Attorneys for Defendant |